Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
JUAN SOLIS-PRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:09-CR-00402 MCE |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| JUAN CARLOS SOLIS-PRADO, and, ) LUIS MARTINEZ, ) | DATE:   October 22, 2009 |
| ) | TIME:   9:00 a.m. |
| Defendants. ) | COURT:  Hon. Morrison C. England |

STIPULATION

The parties, through undersigned counsel, stipulate that the status conference scheduled for October 22, 2009, shall be continued to December 3, 2009, at 9:00 a.m.  The parties stipulate and agree that the time from the date of this stipulation, October 19, 2009, through and including the date of the new status conference, December 3, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).  Both defense counsel are reviewing discovery which includes video interviews of defendants in the Spanish language and defense counsel must employ a

1

1  Spanish/English language interpreter to review the interview.  In
2  addition, both defense counsel are conducting on-going investigation.
3       The parties have authorized SCOTT N. CAMERON to sign this
4  stipulation on their behalf.
5
6  DATED: October 19, 2009        LAWRENCE G. BROWN
                                  United States Attorney
7
8
                            by    /s/ Scott N. Cameron, for
9                                 Samuel Wong
                                  Assistant U.S. Attorney
10
11 DATED: October 19, 2009
12                          by    /s/ Scott Cameron
                                  Scott N. Cameron
13                                Counsel for JUAN SOLIS-PRADO
14 DATED: October 19, 2009
15                          by    /s/ Scott N. Cameron, for
                                  DENNIS S. WAKS
16                                Supervising Assistant Federal Defender
                                  Attorney for Defendant
17                                LUIS MARTINEZ
18
19
20
21
22
23
24
25
26
27
28

2

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, October 19, 2009, to and including the new status conference, December 3, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the October 22, 2009, status conference shall be continued until December 3, 2009, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE