```
1  Scott N. Cameron (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Telephone: 916-442-5230

4  Attorney for:
   JUAN SOLIS-PRADO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Plaintiff,                 )<br>                                     )<br>     v.                              )<br>                                     )<br>JUAN CARLOS SOLIS-PRADO, and,        )<br>LUIS MARTINEZ,                       )<br>                                     )<br>          Defendants.                )<br>_____) | CASE NO.  2:09-CR-00402 MCE<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE AND EXCLUDING<br>TIME<br><br><br>DATE:  December 3, 2009<br>TIME:  9:00 a.m.<br>COURT: Hon. Morrison C. England |

## STIPULATION

The parties, through undersigned counsel, stipulate that the status conference scheduled for December 3, 2009, shall be continued to January 28, 2010, at 9:00 a.m.  The parties stipulate and agree that the time from the date of this stipulation, November 30, 2009, through and including the date of the new status conference, January 28, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).  Both defense counsel are reviewing discovery which includes video interviews of defendants in the Spanish language and defense counsel must employ a Spanish/English language interpreter to review the interview.

1

1  The defense is having technical difficulties with the recording of one
2  defendant and has made a discovery request to resolve the issue.  In
3  addition, both defense counsel are conducting on-going investigation.
4       The parties have authorized SCOTT N. CAMERON to sign this
5  stipulation on their behalf.

7  DATED: November 30, 2009         LAWRENCE G. BROWN
                                    United States Attorney

                              by    /s/ Scott N. Cameron, for
10                                  Samuel Wong
                                    Assistant U.S. Attorney

12 DATED: November 30, 2009

13                            by    /s/ Scott Cameron
                                    Scott N. Cameron
14                                  Counsel for JUAN SOLIS-PRADO

15 DATED: November 30, 2009

16                            by    /s/ Scott N. Cameron, for
                                    DENNIS S. WAKS
17                                  Supervising Assistant Federal Defender
                                    Attorney for Defendant
18                                  LUIS MARTINEZ

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, November 30, 2009, to and including the new status conference, January 28, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the December 3, 2009, status conference shall be continued until January 28, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE