```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
JUAN SOLIS-PRADO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:09-CR-00402 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| JUAN CARLOS SOLIS-PRADO, and, LUIS MARTINEZ, | DATE: January 28, 2010 |
| | TIME: 9:00 a.m. |
| Defendants. | COURT: Hon. Morrison C. England |

STIPULATION

The parties, through undersigned counsel, stipulate that the status conference scheduled for January 28, 2010, shall be continued to March 11, 2010, at 9:00 a.m.  The parties stipulate and agree that the time from the date of this stipulation, January 26, 2010, through and including the date of the new status conference, March 11, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

///

///

1

1  Both defense counsel are reviewing discovery which includes video
2  interviews of defendants in the Spanish language and defense counsel
3  must employ a Spanish/English language interpreter to translate the
4  interview.  The defense recently received funding for the translation
5  of the video and translation is on-going.  In addition, both defense
6  counsel are conducting on-going investigation.
7       The parties have authorized SCOTT N. CAMERON to sign this
8  stipulation on their behalf.

10 DATED: January 26, 2010          BENJAMIN WAGONER
                                    United States Attorney

                         by    /s/ Scott N. Cameron, for
                               Samuel Wong
                               Assistant U.S. Attorney

15 DATED: January 26, 2010
                         by    /s/ Scott Cameron
                               Scott N. Cameron
                               Counsel for JUAN SOLIS-PRADO

18 DATED: January 26, 2010
                         by    /s/ Scott N. Cameron, for
                               DENNIS S. WAKS
                               Supervising Assistant Federal Defender
                               Attorney for Defendant
                               LUIS MARTINEZ

2

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, January 26, 2010, to and including the new status conference, March 11, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the January 28, 2010, status conference shall be continued until March 11, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE