```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   Luis Martinez
6
7
8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       CASE NO.  2:09-CR-0402 MCE

12          Plaintiff,             STIPULATION AND ORDER CONTINUING
                                   STATUS CONFERENCE AND EXCLUDING
13   v.                            TIME

14 JUAN CARLOS SOLIS-PRADO and
   LUIS MARTINEZ,                  DATE:  May 6, 2010
15                                 TIME:  9:00 a.m.
            Defendants.            COURT: Hon. Morrison C. England
16 _____/

17                            STIPULATION
```

The parties, through undersigned counsel, stipulate that the status conference scheduled for March 11, 2010, shall be continued to May 6, 2010, at 9:00 a.m.  The parties stipulate and agree that the time from the date of this stipulation, March 8, 2010, through and including the date of the new status conference, May 6, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T4 (reasonable time for defense counsel to prepare and continuity of defense counsel for defendant Solis-Prado).  Both defense counsel are

1

1  reviewing discovery which includes video interviews of defendants in
2  the Spanish language and defense counsel must employ a
3  Spanish/English language interpreter to translate the interview.
4  The defense recently received funding for the translation of the
5  video and translation is on-going.  In addition, both defense
6  counsel are conducting on-going investigation.  Further, defense
7  counsel Scott Cameron is currently involved in a trial in another
8  case until approximately the end of March 2010, and has been
9  unavailable to work on the instant case due to his trial work.
10      The parties have authorized Supervising Assistant Federal
11 Defender, DENNIS S. WAKS, to sign this stipulation on their behalf.
12
13 DATED: March 8, 2010          BENJAMIN B. WAGNER
                                 United States Attorney
14
15
                          by    /s/ Dennis S. Waks, for
16                              Samuel Wong
                                Assistant U.S. Attorney
17
18 DATED: March 8, 2010
19
                          by    /s/ Dennis S. Waks
                                Scott N. Cameron
20                              Counsel for JUAN SOLIS-PRADO
21 DATED: March 8, 2010
22
                          by    /s/ Dennis S. Waks
                                DENNIS S. WAKS
23                              Supervising Assistant Federal Defender
                                Attorney for Defendant
24                              LUIS MARTINEZ
25
26
27
28

2

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence and defendant Solis-Prado continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, March 8, 2010, to and including the new status conference, May 6, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T4 (reasonable time for defense counsel to prepare and continuity of defense counsel for defendant Solis-Prado).

It is further ordered that the March 11, 2010, status conference shall be continued until May 6, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE