Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
JUAN SOLIS-PRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,               )<br>                                    )<br>     v.                             )<br>                                    )<br>JUAN CARLOS SOLIS-PRADO, and,       )<br>LUIS MARTINEZ,                      )<br>                                    )<br>          Defendants.               )<br>_____) | CASE NO.  2:09-CR-0402 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br><br>DATE:   May 6, 2010<br>TIME:   9:00 a.m.<br>COURT:  Hon. Morrison C. England |

STIPULATION

The parties, through undersigned counsel, stipulate that the status conference scheduled for May 6, 2010, shall be continued to June 10, 2010, at 9:00 a.m.  The parties stipulate and agree that the time from the date of this stipulation, April 29, 2010, through and including the date of the new status conference, June 10, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).  Both defense counsel have pending a scheduled crime scene visit with the Bureau of Land Management case agent assigned to this matter.  In addition, both

1  defense counsel are conducting an ongoing investigation.
2       The parties have authorized SCOTT N. CAMERON to sign this
3  stipulation on their behalf.
4
5  DATED: April 29, 2010           BENJAMIN WAGNER
                                   United States Attorney
6
7
                                by  /s/ Scott N. Cameron, for
8                                   Samuel Wong
                                    Assistant U.S. Attorney
9
10 DATED: April 29, 2010
11                              by  /s/ Scott Cameron
                                    Scott N. Cameron
12                                  Counsel for JUAN SOLIS-PRADO
13 DATED: April 29, 2010
14                              by  /s/ Scott N. Cameron, for
                                    DENNIS S. WAKS
15                                  Supervising Assistant Federal Defender
                                    Attorney for Defendant
16                                  LUIS MARTINEZ

2

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and defendants in a speedy trial, and that the time from the date of the stipulation, April 29, 2010, to and including the new status conference, June 10, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the May 6, 2010, status conference shall be continued until June 10, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated: April 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE