Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
JUAN SOLIS-PRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:09-CR-0402 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| | ) | |
| JUAN CARLOS SOLIS-PRADO, and LUIS MARTINEZ, | ) | DATE:   June 10, 2010 |
| | ) | TIME:   9:00 a.m. |
| Defendants. | ) | COURT:  Hon. Morrison C. England |

STIPULATION

The parties, through undersigned counsel, stipulate that the status conference scheduled for June 10, 2010, shall be continued to June 24, 2010, at 9:00 a.m.  The parties stipulate and agree that the time from the date of this stipulation, June 8, 2010, through and including the date of the new status conference, June 24, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).  Both defense counsel are conducting an ongoing investigation and have just recently completed a crime scene visit with federal agents.

1

     The parties have authorized SCOTT N. CAMERON to sign this stipulation on their behalf.

DATED: June 8, 2010          BENJAMIN WAGNER
                             United States Attorney


                     by   /s/ Scott N. Cameron, for
                          Samuel Wong
                          Assistant U.S. Attorney

DATED: June 8, 2010

                     by   /s/ Scott Cameron
                          Scott N. Cameron
                          Counsel for JUAN SOLIS-PRADO

DATED: June 8, 2010

                     by   /s/ Scott N. Cameron, for
                          DENNIS S. WAKS
                          Supervising Assistant Federal Defender
                          Attorney for Defendant
                          LUIS MARTINEZ

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and defendants in a speedy trial, and that the time from the date of the stipulation, June 8, 2010, to and including the new status conference, June 24, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the June 10, 2010, status conference shall be continued until June 24, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE