DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Luis Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUAN CARLOS SOLIS-PRADO and<br>LUIS MARTINEZ,<br><br>    Defendants.<br>_____/ | CASE NO.  2:09-CR-0402 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND SETTING NON EVIDENTIARY HEARING AND EXCLUDING TIME<br><br>DATE:  September 9, 2010<br>TIME:  9:00 a.m.<br>COURT: Hon. Morrison C. England |

STIPULATION

The parties, through undersigned counsel, stipulate that the status conference scheduled for June 24, 2010, shall be continued to September 9, 2010, at 9:00 a.m.  The parties stipulate and agree that the time from the date of this stipulation, June 22, 2010, through and including the date of the new status conference, September 9, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T4 (reasonable time for defense counsel to prepare).  Both defense counsel are reviewing discovery which includes video interviews of a defendant in the Spanish language.  In addition,

1

1 | both defense counsel are conducting on-going investigations.
2 |     Furthermore, the defendant's have filed a Notice of Motion and
3 | a Motion to Suppress and need to set a briefing schedule.  The
4 | parties stipulate that the defendant's will file a memorandum of
5 | points and authorities by July 9, 2010, the government's opposition
6 | is to be filed by August 9, 2010, defendant's reply, if any, is to
7 | be filed by August 23, 2010, and a non-evidentiary hearing is set
8 | for September 9, 2010.  Speedy trial time is tolled from today's
9 | date, June 22, 2010, to September 9, 2010, pursuant to 18 U.S.C. §
10 | 3161(h)(1)(D) and Local Code E (filing of defendant's pretrial
11 | motions) and  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code
12 | T4 (defense counsel preparation) .
13 |     The parties have authorized Supervising Assistant Federal
14 | Defender, DENNIS S. WAKS, to sign this stipulation on their behalf.

DATED: June 22, 2010          BENJAMIN B. WAGNER
                              United States Attorney

                        by    /s/ Dennis S. Waks, for
                              Samuel Wong
                              Assistant U.S. Attorney

DATED: June 22, 2010

                        by    /s/ Dennis S. Waks
                              Scott N. Cameron
                              Counsel for JUAN SOLIS-PRADO

DATED: June 22, 2010

                        by    /s/ Dennis S. Waks
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              LUIS MARTINEZ

<u>ORDER</u>

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, June 22, 2010, to and including the new status conference and non-evidentiary hearing, set for September 9, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare), and 18 U.S.C. §3161(h)(1)(D) and Local Code E (the filing of defendant's pretrial motions).

It is further ordered that the June 24, 2010, status conference shall be continued until September 9, 2010, at 9:00 a.m.  The court is also setting a non-evidentiary hearing for September 9, 2010 at 9:00 a.m.

 IT IS SO ORDERED.

Dated: June 23, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE