BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-00402 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS AND MOTIONS HEARINGS, EXTENDING BRIEFING SCHEDULE, AND EXCLUDING SPEEDY TRIAL ACT TIME |
| v. | |
| JUAN CARLOS SOLIS-PRADO, and LUIS MARTINEZ, | Date: September 9, 2010 |
| Defendants. | Time: 9:00 a.m. |
| | Court: Hon. Morrison England |

It is hereby stipulated by and between the parties, through their undersigned counsel, that:

1.   The status conference now scheduled for September 9, 2010, shall be continued to September 30, 2010, at 9:00 a.m., for possible change of plea.  The parties agree that this continuance is necessary to allow each defense counsel reasonable time to: (a) review and explain to his respective client the proposed plea agreement previously provided by the United States; (b) conduct further investigation of possible defenses that his respective client would be waiving, if the client pled guilty; and (c) explain to his respective client the ramifications and

1

consequences of pleading guilty pursuant to the proposed plea agreement. The parties note and agree that these tasks are made more difficult as defendant Juan Carlos Solis-Prado's primary language is Spanish and an interpreter will be needed to help accomplish these tasks. In addition, defense counsel for defendant Luis Martinez, Assistant Federal Defender Dennis Waks, is scheduled to be away from work for approximately two weeks during the time period between the date of this stipulation and the proposed new status conference date of September 30, 2010.

2. The non-evidentiary hearing date for defendants' pretrial motions shall be continued from September 9, 2010, to November 18, 2010, at 9:00 a.m.

3. The previously set briefing schedule shall be amended to allow the United States until October 28, 2010, to file its responses to defendants' motions, and defendants shall have until November 11, 2010, to file any reply memoranda in support of their motions.

4. Time under the Speedy Trial Act within which the trial of this case must be commenced will continue to be excluded from the date of the previous filing of defendants' motions until the disposition of the motions under 18 U.S.C. § 3161(h)(1)(D) and Local Code E (pretrial motions), and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T4 (reasonable time for defense counsel to prepare).

DATED: August 30, 2010          BENJAMIN B. WAGNER
                                United States Attorney

                         by     /s/ Samuel Wong
                                Samuel Wong
                                Assistant U.S. Attorney

2

1  DATED: August 30, 2010
2                                  by    /s/ Scott N. Cameron
                                         Scott N. Cameron
3                                        Counsel for JUAN CARLOS SOLIS-PRADO
4  DATED: August 30, 2010
5                                  by    /s/ Dennis S. Waks
                                         DENNIS S. WAKS
6                                        Assistant Federal Defender
                                         Attorney for Defendant
7                                        LUIS MARTINEZ
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1                              ORDER

2       The Court, having received, read, and considered the
3  stipulation of the parties, and good cause appearing therefrom,
4  adopts the stipulation of the parties in its entirety as its
5  order.  Based on the stipulation of the parties, the Court finds
6  that the failure to grant a continuance in this case would deny
7  defense counsel reasonable time necessary for effective
8  preparation taking into account the exercise of due diligence.
9  The Court specifically finds that the ends of justice served by
10 the granting of such continuance outweigh the interests of the
11 public and that the time under the Speedy Trial Act within which
12 the trial of this case must be commenced will continue to be
13 excluded from the date of the previous filing of defendants'
14 motions until the disposition of the motions under 18 U.S.C.
15 § 3161(h)(1)(D) and Local Code E (pretrial motions), and 18
16 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T4 (reasonable
17 time for defense counsel to prepare).

18      It is further ordered that the September 9, 2010, status
19 conference shall be continued until September 30, 2010, at 9:00
20 a.m., for possible change of plea.  The court is also re-setting
21 the non-evidentiary hearing on defendants' pretrial motions to
22 November 18, 2010, at 9:00 a.m.

23      IT IS SO ORDERED.

24

25  Dated: August 31, 2010

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE