```
 1  Scott N. Cameron (SBN 226605)
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, CA 95814
 3  Telephone: 916-442-5230

 4  Attorney for:
    JUAN SOLIS-PRADO
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,     )   CASE NO.  2:09-CR-00402 MCE
                                  )
12              Plaintiff,        )   STIPULATION AND ORDER CONTINUING
                                  )   THE STATUS CONFERENCE AND THE
13       v.                       )   BREIFING SCHEDULE, AND REAFFIRMING
                                  )   THE EXCLUSION TIME
14  JUAN CARLOS SOLIS-PRADO, and  )
    LUIS MARTINEZ,                )
15                                )   DATE:  September 30, 2010
                Defendants.       )   TIME:  9:00 a.m.
16  _____)   COURT: Hon. Morrison C. England
```

17
18                             STIPULATION

19     It is hereby stipulated by and between the parties, through their
20  undersigned counsel, that:

21     1.   The status conference now scheduled for September 30, 2010,
22  shall be continued to October 14, 2010, at 9:00 a.m., for possible
23  change of plea.  The parties agree that this continuance is necessary
24  to allow each defense counsel reasonable time to:  (a) review and
25  explain to his respective client the proposed plea agreement
26  previously provided by the United States; (b) conduct further
27  investigation of possible defenses that his respective client would be
28  waiving, if the client pled guilty;

                                     1

and (c) explain to his respective client the ramifications and consequences of pleading guilty pursuant to the proposed plea agreement. The parties note and agree that these tasks are made more difficult as defendant Juan Carlos Solis-Prado's primary language is Spanish and an interpreter will be needed to help accomplish these tasks. In addition, the parties acknowledge that complete drafts of each plea agreement have been tendered by the government, counsel for defendants have provided written comments regarding the draft plea agreements to the government, and all three parties intend to confer to resolve in the remaining issues in the draft plea agreements.

    2. The non-evidentiary hearing date for defendants' pretrial motions is hereby reaffirmed to be November 18, 2010, at 9:00 a.m.

    3. The previously set briefing schedule shall be amended to allow the United States until November 4, 2010, to file its responses to defendants' motions. The defendants shall have until November 11, 2010, to file any reply memoranda in support of their motions.

    4. Time under the Speedy Trial Act within which the trial of this case must be commenced will continue to be excluded from the date of the previous filing of defendants' motions until the disposition of the motions under 18 U.S.C. § 3161(h)(1)(D) and Local Code E (pretrial motions), and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T4 (reasonable time for defense counsel to prepare).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

The parties have authorized defense counsel for JUAN CARLOS SOLIS-PRADO to sign this stipulation and proposed order on their behalf.

DATED: September 27, 2010    BENJAMIN B. WAGNER
                             United States Attorney

                        by   /s/ Scott N. Cameron for
                             Samuel Wong
                             Assistant U.S. Attorney

DATED: September 27, 2010

                        by   /s/ Scott N. Cameron
                             Scott N. Cameron
                             Counsel for JUAN CARLOS SOLIS-PRADO

DATED: September 27, 2010

                        by   /s/ Scott N. Cameron for
                             DENNIS S. WAKS
                             Assistant Federal Defender
                             Attorney for Defendant
                             LUIS MARTINEZ

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time under the Speedy Trial Act within which the trial of this case must be commenced will continue to be excluded from the date of the previous filing of defendants' motions until the disposition of the motions under 18 U.S.C. § 3161(h)(1)(D) and Local Code E (pretrial motions), and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the September 30, 2010, status conference shall be continued until October 14, 2010, at 9:00 a.m., for possible change of plea. The court is also amending the briefing schedule in accord with the stipulation of the parties.

IT IS SO ORDERED.

Dated: October 4, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE