BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   No. 2:09-CR-00402-MCE
                                )
            Plaintiff,          )
                                )   PRELIMINARY ORDER OF FORFEITURE
      v.                        )
                                )
JUAN CARLOS SOLIS-PRADO, and    )
LUIS MARTINEZ,                  )
                                )
            Defendants.         )
_____)

        Based upon the plea agreements entered into between

plaintiff United States of America and defendants Juan Carlos

Solis-Prado and Luis Martinez, it is hereby ORDERED, ADJUDGED AND

DECREED as follows:

        1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C.

§ 2461(c), the respective interests of defendants Juan Carlos

Solis-Prado and Luis Martinez in the following property shall be

condemned and forfeited to the United States of America, to be

disposed of according to law:

        a Hi-Point .45 caliber semi-automatic pistol, serial
        number 320172, with a magazine; a SKS rifle, serial
        number 1510308, with a detachable 30-round magazine and
        affixed bayonet; a Sturm Ruger, Model Mini-14, .223
        caliber semi-automatic rifle, serial number 188-5900,

with an attached 30-round magazine and loaded with 12
rounds of ammunition; and a Smith and Wesson .38
Special caliber revolver, serial number C672965,
containing a spent shell case.

2.   The above-listed property constitutes firearms and
ammunition involved in or used in the knowing commission of a
violation of 18 U.S.C. § 924(c)(1)(A)(i).

3.   Pursuant to Rule 32.2(b)(3), the Attorney General (or a
designee) shall be authorized to seize the above-listed property.
The aforementioned property shall be seized and held by the
Bureau of Alcohol, Tobacco, Firearms and Explosives, in its
secure custody and control.

4.   a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21
U.S.C. § 853(n), and Local Rule 171, the United States shall
publish notice of the order of forfeiture.  Notice of this Order
and notice of the Bureau of Alcohol, Tobacco, Firearms and
Explosives' (or a designee's) intent to dispose of the property
in such manner as the Attorney General may direct shall be posted
for at least 30 consecutive days on the official internet
government forfeiture site www.forfeiture.gov.  The United States
may also, to the extent practicable, provide direct written
notice to any person known to have alleged an interest in the
property that is the subject of the order of forfeiture as a
substitute for published notice as to those persons so notified.

b.   This notice shall state that any person, other than
the defendants, asserting a legal interest in the above-listed
property, must file a petition with the Court within sixty (60)
days from the first day of publication of the Notice of
Forfeiture posted on the official government forfeiture site, or

within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: November 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture