Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
JUAN SOLIS-PRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:09-CR-0402 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING THE SENTENCING HEARING** |
| v. | |
| JUAN CARLOS SOLIS-PRADO, and LUIS MARTINEZ, | DATE: January 6, 2011<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England |
| Defendants. | |

STIPULATION

The parties, through undersigned counsel, stipulate that the sentencing hearing scheduled for January 6, 2011, may be continued to January 13, 2011, at 9:00 a.m.

Defense counsel for defendant SOLIS-PRADO is currently engaged in jury trial, and is expected to still be in jury trial on January 6, 2011, in another case (People v. Smith, 10F01139, County of Sacramento).  As such, defense counsel for SOLIS-PRADO is unable to appear on January 6, 2010, for the sentencing hearing.

The parties have authorized defense counsel for JUAN CARLOS SOLIS-PRADO to sign this stipulation and proposed order on their

1

behalf.


DATED: December 29, 2010        BENJAMIN B. WAGNER
                                United States Attorney

                           by   /s/ Scott N. Cameron for
                                Samuel Wong
                                Assistant U.S. Attorney


DATED: December 29, 2010

                           by   /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for JUAN CARLOS SOLIS-PRADO

DATED: December 29, 2010

                           by   /s/ Scott N. Cameron for
                                DENNIS S. WAKS
                                Assistant Federal Defender
                                Attorney for Defendant
                                LUIS MARTINEZ



                                ORDER

    Good cause appearing,

    The sentencing hearing scheduled for January 6, 2011, is continued to January 13, 2011, at 9:00 a.m.

    IT IS SO ORDERED.


 Dated: January 5, 2011

                            _____
                            MORRISON C. ENGLAND, JR.
                            UNITED STATES DISTRICT JUDGE

2