1  Scott N. Cameron (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Telephone: 916-442-5230

4  Attorney for:
   JUAN SOLIS-PRADO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00402 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING THE SENTENCING HEARING** |
| v. | |
| JUAN CARLOS SOLIS-PRADO, and LUIS MARTINEZ, | DATE: January 13, 2011<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England |
| Defendants. | |

The parties, through undersigned counsel, stipulate that the sentencing hearing scheduled for January 13, 2011, may be continued to February 3, 2011, at 9:00 a.m.

Scott N. Cameron, defense counsel for defendant SOLIS-PRADO is currently engaged in jury trial(People v. Smith, 10F01139, County of Sacramento). Immediately upon the completion of the afore-mentioned trial, Scott N. Cameron will commence a second trial which has been continued with good-cause and is ordered to start on the day after the completion the afore-mentioned trial. (People v. Purdy, et. al., 09F06129, County of Sacramento).

///

1

As such, defense counsel for SOLIS-PRADO is unable to appear on January 13, 2011, for the sentencing hearing as he will still be engaged in one of the two trials noted above.

The parties have authorized defense counsel for JUAN CARLOS SOLIS-PRADO to sign this stipulation and proposed order on their behalf.

DATED: January 11, 2011        BENJAMIN B. WAGNER
                               United States Attorney

                        by     /s/Scott N. Cameron, for
                               Samuel Wong
                               Assistant U.S. Attorney

DATED: January 11, 2011

                        by     /s/ Scott N. Cameron
                               Scott N. Cameron
                               Counsel for JUAN CARLOS SOLIS-PRADO

DATED: January 11, 2011

                        by     /s/ Scott N. Cameron, for
                               DENNIS S. WAKS
                               Assistant Federal Defender
                               Attorney for Defendant
                               LUIS MARTINEZ

                                ORDER

The sentencing hearing scheduled for January 13, 2011, is continued to February 3, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 13, 2011

                               _____
                               MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE