BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-00402-MCE |
| ) | |
| Plaintiff, ) | |
| ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| ) | |
| JUAN CARLOS SOLIS-PRADO, and ) | |
| LUIS MARTINEZ, ) | |
| ) | |
| Defendants. ) | |

   WHEREAS, on November 12, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) based upon the plea agreements entered into between plaintiff and defendants Juan Carlos Solis-Prado and Luis Martinez forfeiting to the United States the following property:

   a Hi-Point .45 caliber semi-automatic pistol, serial number 320172, with a magazine; a SKS rifle, serial number 1510308, with a detachable 30-round magazine and affixed bayonet; a Sturm Ruger, Model Mini-14, .223 caliber semi-automatic rifle, serial number 188-5900, with an attached 30-round magazine and loaded with 12 rounds of ammunition; and a Smith and Wesson .38 Special caliber revolver, serial number C672965, containing a spent shell case.

1     AND WHEREAS, beginning on November 17, 2010, for at least 30
2  consecutive days, the United States published notice of the
3  Court's Order of Forfeiture on the official internet government
4  forfeiture site www.forfeiture.gov.  Said published notice
5  advised all third parties of their right to petition the Court
6  within sixty (60) days from the first day of publication of the
7  notice for a hearing to adjudicate the validity of their alleged
8  legal interest in the forfeited property;
9     AND WHEREAS, the United States sent direct written notice by
10 certified mail to Lupe G. Galviz and Darren Michael Reed;
11    AND WHEREAS, the Court has been advised that no third party
12 has filed a claim to the subject property, and the time for any
13 person or entity to file a claim has expired.
14    Accordingly, it is hereby ORDERED and ADJUDGED:
15    1.  A Final Order of Forfeiture shall be entered forfeiting
16 to the United States of America all right, title, and interest in
17 the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and
18 28 U.S.C. § 2461(c), to be disposed of according to law,
19 including all right, title, and interest of Juan Carlos Solis-
20 Prado and Luis Martinez.
21    2.  All right, title, and interest in the above-listed
22 property shall vest solely in the name of the United States of
23 America.
24 ///
25 ///
26 ///
27 ///
28 ///

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: May 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE