BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-00402-MCE |
| ) | |
| Plaintiff, ) | |
| ) | *AMENDED* FINAL ORDER OF |
| v. ) | FORFEITURE |
| ) | |
| JUAN CARLOS SOLIS-PRADO, and ) | |
| LUIS MARTINEZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |

WHEREAS, on November 12, 2010, this Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the respective plea agreements entered into between plaintiff United States of America and defendants Juan Carlos Solis-Prado and Luis Martinez forfeiting to the United States the following property:

> a Hi-Point .45 caliber semi-automatic pistol, serial number 320172, with a magazine; a SKS rifle, serial number 1510308, with a detachable 30-round magazine and affixed bayonet; a Sturm Ruger, Model Mini-14, .223 caliber semi-automatic rifle, serial number 188-59500, with an attached 30-round magazine and loaded with 12 rounds of ammunition; and a Smith and Wesson .38 Special caliber revolver, serial number C672965, containing a spent shell case.

1	AND WHEREAS, beginning on September 15, 2012, for at least
2	30 consecutive days, the United States published notice of the
3	Court's Order of Forfeiture on the official internet government
4	forfeiture site www.forfeiture.gov.  Said published notice
5	advised all third parties of their right to petition the Court
6	within sixty (60) days from the first day of publication of the
7	notice for a hearing to adjudicate the validity of their alleged
8	legal interest in the forfeited property;
9	AND WHEREAS, the United States sent direct written notice by
10	certified mail to Lupe G. Galviz and Darren Michael Reed;
11	AND WHEREAS, the Court has been advised that no third party
12	has filed a claim to the subject property, and the time for any
13	person or entity to file a claim has expired.
14	Accordingly, it is hereby ORDERED and ADJUDGED:
15	1.  A Final Order of Forfeiture shall be entered forfeiting
16	to the United States of America all right, title, and interest in
17	the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and
18	28 U.S.C. § 2461(c), to be disposed of according to law,
19	including all right, title, and interest of Juan Carlos Solis-
20	Prado and Luis Martinez.
21	2.  All right, title, and interest in the above-listed
22	property shall vest solely in the name of the United States of
23	America.
24	///
25	///
26	///
27	///
28	///

2	*Amended* Final Order of Forfeiture

1    3.   The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: October 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE